SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

Index No.

BGFI GP I, LLC

Date of Filing Summons
July 3, 2020

Plaintiff,

**SUMMONS**

-against-

Plaintiff designates
Westchester County as Place
of Trial.

D'WAYNE PRIETO,  WP REALTY
ACQUISITION III, LLC, 188th ST.
DEVELOPMENT, LLC, JONATHAN SACKS,

Defendants.

**TO THE ABOVE NAMED DEFENDANT(S):**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:   July 3, 2020

CLIFFORD H. GREENE & ASSOCIATES
Attorney for Plaintiff

/s/ Clifford H. Greene

_____

Clifford H. Greene, Esq.   (8292)
700 White Plains Rd., Suite 309
Scarsdale, N.Y.   10583
(914) 738-5992

(914) 738 7197 (fax)
Cliff@chgandassociates.com